1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12 OPTIMIST, INC., a          )   CV 21-07521-RSWL-DFMx
   California Corporation,    )
13                            )
                 Plaintiff,   )   **JUDGMENT**
14                            )
                              )
15      v.                    )
                              )
16                            )
   PROACTIVE MEASURES LLC; and )
17 DOES 1 to 10,              )
                              )
18 _____Defendants.__)

19      **WHEREAS**, on October 20, 2021, the Court Clerk

20 entered default against Defendant Proactive Measures

21 LLC ("Defendant") [15], pursuant to Rule 55(a) of the

22 Federal Rules of Civil Procedure,

23      **WHEREAS**, this Court **GRANTED in part and DENIED in**

24 **part** Plaintiff Optimist, Inc.'s ("Plaintiff") Motion

25 for Default Judgment [16],

26      **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that

27 judgment is entered in favor of Plaintiff and against

28 Defendant, in accordance with this Court's previous

Order granting in part and denying in part Plaintiff's
Motion for Default Judgment, as follows:

1.   Plaintiff is awarded monetary damages in the amount
     of $5,000.00.  Attorneys' fees are awarded to
     Plaintiff in the amount of $700.00, and costs are
     awarded to Plaintiff in the amount of $402.00.

2.   The Court **GRANTS** Plaintiff's request for
     declaratory relief and **DECLARES** that Plaintiff has
     priority of use of its Marks over Defendant's use
     of Defendant's Mark.

     As no Defendants remain, the Clerk shall close this
matter.

     **IT IS SO ORDERED.**


DATED: December 15, 2021        /s/ Ronald S.W. Lew
                         _____
                         **HONORABLE RONALD S.W. LEW**
                         Senior U.S. District Judge




**cc: Fiscal**

2